

# THE ATTORNEY GENERAL
## OF TEXAS

GROVER SELLERS

ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable Claude Isbell
Secretary of State
Austin, Texas

Attention:  J.L. McGarity
            Head of Charter Division

Dear Sir:

Opinion No. O-6717
Re:  Authority of Secretary of State
     to issue a certificate showing
     compliance with the laws of
     Texas and good standing of a
     partnership seeking to do busi-
     ness in the Dominican Republic.

        Your letter of recent date requesting an opinion from this department on the above subject matter is as follows:

        "We hand you herewith a photostatic copy of a letter received by this office from the law firm of Butler, Binion, Rice & Cook, in Houston, Texas, together with a photostatic copy of the Certificate referred to in said letter and the Exhibits attached to said certificate.  Will you please examine these instruments and advise us with respect to the following questions:

        "1.  Does the Secretary have the power and authority and is it his duty to make a certificate such as is requested in this letter?

        "2.  If the Secretary of State has such power and authority and it is his duty, is the certificate as submitted by the law firm in proper form?

        "3.  If the Secretary of State has such power and authority and duty, and the certificate is not in proper form, will you please do us the favor of preparing us such a certificate that will be in proper form?"

        The letter from the law firm of Butler, Binion, Rice and Cook which you enclosed is as follows:

        "A client of this office, Independent Prospect-ing Company, a general partnership, has undertaken the performance of a contract in the Dominican Republic.

In order that the partnership may qualify to do business under the laws of the Dominican Republic, it becomes necessary to obtain certificate by a State Official that the partnership is organized in compliance with the laws of the State of Texas.

"Several weeks ago we took the matter up with the Attorney General's office and received several suggestions from Mr. W.C. Cason; one of which was to consult with the County Clerk in the county in which the partnership has its principal place of business, which we did, and were advised by him that he could only certify as to instruments which were on file in his office and could not certify as to the existence of any statute. We have heretofore furnished the officials of the Dominican Republic with a certified copy of the Assumed Name Certificate and a certified copy of the Articles of Partnership, which by themselves are not sufficient to meet their requirements.

"We presume that these officials are asking for a certificate similar to that issued by the Secretary of State toshow that corporations organized under the State of Texas are in good standing.

"We are enclosing a certificate which we have prepared and which we believe will meet their requirements and a certificate to which we believe the Secretary of State can certify. After you have examined the same and if it appears in proper form, will you please have the certificate executed and advise us the amount of your fees and we will issue our check therefor."

The certificate referred to in the aforesaid letter is as follows:

"UNITED STATES OF AMERICA

"STATE OF TEXAS     |     KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS    |

"THAT I, Claude Isbell, Secretary of State of the State of Texas, do certify that the following statute, being Article 5924 of the Revised Statutes of the State of Texas:

"'No person shall conduct or transact business in this State under any assumed name or under any designation, name, style, corporate or otherwise other than the real name of each individual conducting or transacting such business, unless such person shall file in the office of the county clerk of the counties in which such person conducts, or transacts or intends to conduct or transact such business, a certificate setting forth the name under

which such business is, or is to be, conducted
or transacted, and the true full name or names
of each person conducting the same with the post-
office address of each.  Said certificate shall
be executed and duly acknowledged by the persons
so conducting or intending to conduct said business
in the manner provided for acknowledgment of con-
veyance of real estate.'

is in full force and effect and that the attached Certificate
of Operation Under Assumed Name filed by Independent  Prospecting
Company is in full conformity with said statute.

"I further certify that the attached Articles of
Agreement of the partnership, Independent Prospecting
Company, constitute a valid partnership under the laws
of the State of Texas.

"In testimony Whereof, I have hereunto set my hand
and seal of office in the City of Austin in Travis County,
State of Texas, on this the _____ day of _____, 1945.

"
                        _____
                        Secretary of State of the
                        State of Texas"

The portion of the above certificate which states that the
Independant  Prospecting Company constitutes a valid partnership is a
legal conclusion.  You are not authorized to certify to such legal con-
clusions.  We, therefore, answer your first question in the negative.
However, you may certify that Article 5924 was enacted in 1921 and is now
in full force and effect, as shown by your records.

In view of our answer to your first question, it becomes
unnecessary to answer Questions Nos. 2 and 3.

                        Yours very truly,

                        ATTORNEY GENERAL OF TEXAS

                        By  s/ J.C. DAvis, Jr.
                            Assistant

JR:ddt:LJ;wc                By s/ John Reeves
                            John Reeves
APPROVED SEP 7, 1945        Assistant
s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL